# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACK SYLVESTRI,
                     Appellant,

vs.

ISIDRO BACA, WARDEN,
                     Respondent.

No. 75333

**FILED**

APR 16 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court decision dismissing a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed his appeal on March 6, 2018. Thus, the notice of appeal is premature. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc:    Hon. James Todd Russell, District Judge
       Jack Sylvestri
       Attorney General/Carson City
       Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-14407